Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2465 E. Bayshore Road, Suite 403
Palo Alto, CA 94303
Phone (650) 843-1900
Fax (650) 843-1999

Attorneys for Defendant
CECILIA L. DAMIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FRIGATE LIMITED, an Isle of Man corporation; SEAMARK TRUST COMPANY ( C I ) LIMITED; Trustee of THE CECILIA L. DAMIA FAMILY TRUST AGREEMENT and THE EMIL DAMIA FAMILY TRUST AGREEMENT,

Plaintiffs,

vs.

CECILIA L. DAMIA,

Defendant.

Case No.: 06-CV-4734-CRB

[PROPOSED] ORDER RE: STIPULATION CONTINUING DATE FOR DEFENDANT CECILIA L. DAMIA TO RESPOND TO PLAINTIFFS' COMPLAINT

IT IS HEREBY ORDERED:

Defendant's response to plaintiffs' complaint be continued to October 9, 2006.

Dated: October 3, 2006

_____
HONORABLE JUDGE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-