**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiff
FRIGATE LIMITED and SEAMARK TRUST COMPANY (CI) LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIGATE LIMITED, an Isle of Man corporation; SEAMARK TRUST COMPANY ( C I ) LIMITED, Trustee of THE CECILIA L. DAMIA FAMILY TRUST AGREEMENT and THE EMIL DAMIA FAMILY TRUST AGREEMENT,<br><br>Plaintiffs,<br><br>v.<br><br>CECILIA L. DAMIA,<br><br>Defendant. | Case No. 06-CV-4734-CRB<br><br>**ORDER CONFIRMING TERMINATION OF RECEIVERSHIP, DISCHARGING RECEIVER AND EXONERATING THE BOND**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

The final account and report of Receiver Martin Goldberg was filed with this Court and notice of termination of the receivership was served on all interested parties. The Court finds that the conditions precedent for termination of the receivership, as set forth in the Order After Hearing, entered September 26, 2006, have occurred.

**IT IS HEREBY ORDERED** that the receivership estate of Martin Goldberg in this matter is terminated effective October 13, 2006.

**IT IS HEREBY FURTHER ORDERED** that Receiver Martin Goldberg's final account and report are approved.

**IT IS HEREBY FURTHER ORDERED** that Martin Goldberg shall be immediately discharged from all further duties, responsibilities and liabilities as receiver.

1

**IT IS HEREBY FURTHER ORDERED** that the bond issued in this case shall be exonerated, removed from the Court file and returned to the bonding company.

**IT IS SO ORDERED:**

Dated: Oct. 20, 2006

_____
JUDGE, UNITED STATES DISTRICT COURT



SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425

2

S:\Company Files\Clients - Open\Frigate v. Damia\Pleading\Receiver.Report\Final Report\Ord.Discharge.wpd

CASE NO. 06-CV-4734-CRB