Andrew F. Pierce, Esq.   (State Bar No. 101889)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA  94303
Phone (650) 843-1900
Fax    (650) 843-1999

Bryan D. Sampson, Esq. (State Bar No. 143143)
Mary L. Fickel, Esq. (State Bar No. 221872)
**SAMPSON & ASSOCIATES**
2139 First Avenue
San Diego, CA  92101
Phone: (619)
Fax:    (619) 557-9425

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIGATE LIMITED, an Isle of Man corporation; SEAMARK TRUST COMPANY ( C I ) LIMITED; Trustee of THE CECILIA L. DAMIA FAMILY TRUST AGREEMENT and THE EMIL DAMIA FAMILY TRUST AGREEMENT,<br><br>Plaintiffs,<br>vs.<br><br>CECILIA L. DAMIA,<br><br>Defendant. | Case No.: 06-CV-4734-CRB<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT. |

Based on the Stipulation of the Parties, on file in this Court,

IT IS HEREBY ORDERED:

1. The Case Management Conference shall be continued to January 12, 2007 at 8:30 a.m.;

2. All calendar dates that arise from the Case Management Conference date under F.R.C.P. 26, ADR Local Rules 3-5(b) and Local Rules 16-8 and 16-9 shall be continued in accordance with the continuation of the Case Management Conference date;

3. Defendant's response to plaintiffs' amended complaint is due on before November 6, 2006.

Dated:  Oct. 23, 2006



HONORABLE JUDGE CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer