**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiffs/Counterdefendants
FRIGATE LIMITED and SEAMARK TRUST COMPANY (CI) LIMITED

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRIGATE LIMITED, an Isle of Man corporation; SEAMARK TRUST COMPANY ( C I ) LIMITED, Trustee of THE CECILIA L. DAMIA FAMILY TRUST AGREEMENT and THE EMIL DAMIA FAMILY TRUST AGREEMENT,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CECILIA L. DAMIA,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  06-CV-04734-CRB<br><br>~~JOINT STATUS REPORT RE SETTLEMENT~~<br><br>**ORDER**<br><br>Date:　July 13, 2007<br>Time:　10:00 a.m.<br>Ctrm:　8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

　　　PLEASE TAKE NOTICE that Plaintiffs Frigate Limited and Seamark Trust Company (CI) Limited and Defendant Cecilia L. Damia, through their respective counsel, submit the following status report on this case.

　　　PLEASE TAKE FURTHER NOTICE that the last status conference was on June 8, 2007.  At that hearing, Plaintiff and Defendant represented the proposed Settlement Agreement was being circulated among all concerned parties (Plaintiffs, Defendant and the beneficiaries of The Cecilia Damia Family Trust and The Emil Damia Family Trust) for final approval.

/ / /

/ / /

1

1  PLEASE TAKE FURTHER NOTICE that since the last hearing, Plaintiff and Defendant have
2  received input, made changes to the proposed Settlement Agreement based upon that input and
3  submitted the revised proposed Settlement Agreement for further review and approval.
4  PLEASE TAKE FURTHER NOTICE that based upon the foregoing, Plaintiffs Frigate Limited
5  and Seamark Trust (CI) Limited and Defendant Cecilia Damia jointly request the status conference be
6  continued f~~or approximately 45 days (August 31, 2007~~) **until August 24, 2007** in order to provide Plaintiff and Defendant time
7  to complete the settlement.

8                                                           Respectfully submitted,

9  Dated: July 11, 2007                  **SAMPSON & ASSOCIATES**

11                                 By:   /s/ Mary L. Fickel
                                         Mary L. Fickel, Esq.
                                         Attorneys for Plaintiffs/Counterdefendants

13  Dated: July 11 , 2007               **PIERCE & SHEARER, LLP**

14                                 By:   /s/ Scott Berman
                                         Scott Berman, Esq.
                                         Attorneys for Defendant



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer

S:\Company Files\Clients - Open\Frigate v. Damia\Pleading\Rev.Joint.Status.Rpt.wpd

SAMPSON & ASSOCIATES
ATTORNEYS AT LAW
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425