**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
Tel. (619) 557-9420 / Fax (619) 557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiffs/Counterdefendants
FRIGATE LIMITED and SEAMARK TRUST COMPANY (CI) LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIGATE LIMITED, an Isle of Man corporation; SEAMARK TRUST COMPANY ( C I ) LIMITED, Trustee of THE CECILIA L. DAMIA FAMILY TRUST AGREEMENT and THE EMIL DAMIA FAMILY TRUST AGREEMENT,<br><br>    Plaintiffs,<br><br>v.<br><br>CECILIA L. DAMIA,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 06-CV-04734-CRB<br><br>**STIPULATION OF DISMISSAL**<br><br>**[FRCP 41(a)(1)]**<br><br><br><br><br><br>Date: N/A<br>Time: N/A<br>Ctrm: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

## INTRODUCTION

On January 3, 2007, the Court entered an Order referring the case to Mediation. On March 20, 2007, the parties attended the Court ordered Mediation. The parties actively engaged in meaningful settlement negotiations through the Mediation process and have entered into a Confidential Settlement Agreement and Mutual General Release. The Settlement Agreement was further sanctioned by the Isle of Man court. Therefore, the parties hereby stipulate as follows:

/ / /

/ / /

# STIPULATION

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs/Counterdefendants FRIGATE LIMITED and SEAMARK TRUST COMPANY (C I) LIMITED and Defendant/Counterclaimant CECILIA DAMIA, by and through their respective attorneys of record, hereby stipulate that the above-entitled action be and hereby is dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: December 6, 2007        **SAMPSON & ASSOCIATES**

                               By:  /s/ Mary L. Fickel
                                    Mary L. Fickel, Esq.
                                    Attorneys for Plaintiffs/Counterdefendants

Dated: December 4, 2007        **PIERCE & SHEARER, LLP**

                               By:  /s/ Andrew F. Pierce
                                    Andrew F. Pierce, Esq.
                                    Attorneys for Defendant/Counterclaimant

December 11, 2007



CASE NO. 06-CV-04734(CRB)

S:\Company Files\Clients - Open\Frigate v. Damia\Pleading\Settle\Rqst.Dismissal.wpd